COMMONWEALTH of Pennsylvania, Respondent

v.

## Maurice ARMSTEAD, Petitioner.

Supreme Court of Pennsylvania.

Sept. 17, 2003.

Reconsideration/Reargument Denied Nov. 19, 2003.

### ORDER

PER CURIAM.

AND NOW, this 17th day of September, 2003, the Petition for Allowance of Appeal is **GRANTED.** The order of the Superior Court is **REVERSED** and the case is **REMANDED** with directions to the Superior Court to remand the matter to the trial court for a determination on the weight of the evidence and related ineffec-

tiveness claims. *See Armbruster v. Horo-witz,* 572 Pa. 1, 813 A.2d 698 (2002).